# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO J. GIL, | ) | No. CV 09-3244-ODW (PLA) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 6, 2009

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE